UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **MARTIAN BURTIC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil No.   08-381-P-S |
| | ) | |
| **KEYBANK NA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ON THE RECOMMENDED DECISION & PENDING MOTIONS**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 6), filed April 3, 2009, the Recommended Decision is hereby **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED** for failure to complete the necessary paperwork to allow the Marshal to make service on KeyBank and because this action does not state any claim cognizable in this Court. In light of this dismissal, Plaintiff's Amended Motion for Relief (Docket No. 3) is **MOOT**.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ George Z. Singal_ __
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 23rd day of April, 2008.